IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S ) <br> LOCAL 781 HEALTH & WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLASS MANAGEMENT SERVICES, INC., ) <br> an Illinois corporation, d/b/a GLASS & MIRROR ) <br> AMERICA, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 17 C 7800 <br><br> JUDGE ANDREA R. WOOD |

### NOTICE OF SERVICE OF PLAINTIFF'S MANDATORY INITIAL DISCOVERY PILOT (MIDP) PROJECT DISCLOSURES

TO: Mr. Todd A. Miller
  Ms. Kathleen M. Cahill
  Ms. Megan M. Moore
  Allocco, Miller & Cahill, P.C.
  20 N. Wacker Drive, Suite 3517
  Chicago, IL  60606-2806

YOU ARE HEREBY NOTIFIED that on Tuesday, the 27th day of February 2018, counsel for the Plaintiff, Miscellaneous Warehousemen's Local 781 Health and Welfare Fund, served Plaintiff's Mandatory Initial Discovery Pilot (MIDP) Project Disclosures.

/s/  Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com
I:\781W\Glass & Mirror\#27646\notice of service of disclosures.pnr.kp.wpd

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 27th day of February 2018, he electronically filed the foregoing document (Notice of Service of Plaintiff's Mandatory Initial Discovery Pilot (MIDP) Project Disclosures) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Todd A. Miller
Ms. Kathleen M. Cahill
Ms. Megan M. Moore
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-2806
tam@alloccomiller.com
kmc@alloccomiller.com
mmm@alloccomiller.com

                  /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com

I:\781W\Glass & Mirror\#27646\notice of service of disclosures.pnr.kp.wpd