IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH & WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 17 C 7800 |
| GLASS MANAGEMENT SERVICES, INC., an Illinois corporation, d/b/a GLASS & MIRROR AMERICA, | ) ) ) ) | JUDGE ANDREA R. WOOD |
| Defendant. | ) ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Miscellaneous Warehousemen's Local 781 Health and Welfare Fund, by and through its attorneys, hereby files its Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, consistent with the Court's June 11, 2018 Order (Docket # 35). In support of its Motion, Plaintiff is filing contemporaneously a Memorandum in Support and its Local Rule 56.1 Statement of Uncontested Material Facts and supporting documents.

Respectfully submitted,

*/s/ Patrick N. Ryan*
One of the Attorneys for the Plaintiff

Name and Address of Attorneys for Plaintiff:

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com
I:\781W\Glass & Mirror\#27646\mot.for summary judgment.pnr.kp.wpd

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that on the 10th day of October 2018, he caused to be electronically filed, **Plaintiff's Motion for Summary Judgment**, with the Clerk of the Court using the CM/ECF system , which will send notification of such filing to the following:

Mr. Todd A. Miller
Ms. Kathleen M. Cahill
Ms. Megan Moore
Allocco, Miller & Cahill, P.C.
3409 N. Paulina St.
Chicago, IL 60657
tam@alloccomiller.com
kmc@alloccomiller.com
mmm@alloccomiller.com

                    /s/ Patrick N. Ryan

Names and Address of Attorneys for the Plaintiff:

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com
I:\781W\Glass & Mirror\#27646\mot.for summary judgment.pnr.kp.wpd